BALLEW *v.* DOWD, WARDEN.

[No. 0-574. Filed December 11, 1959.]

*Jack A. Ballew, pro se.*

PER CURIAM—This is a purported appeal from the denial of a writ of habeas corpus. The papers filed contain no assignment of error as provided by Rule 2-6 of the rules of this Court, 1958 Edition, and do not comply with other rules of this court pertaining to the filing of an appeal.

The petition is, therefore, dismissed.

Achor, J., not participating because of illness.

NOTE.—Reported in 162 N. E. 2d 678.